IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BARBARA TINDLE,

      Appellant,

v.

DONNIE CHILDREE,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2977

_____/

Opinion filed February 24, 2015.

An appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

Joseph Silva, Jr. and William H. McLean of Silva Law Group, P.A., Panama City, for Appellant.

Roland W. Kiehn and Jeffrey S. Carter of Barron & Redding, P.A., Panama City, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.